Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED In The U.S. DISTRICT COURT at Seattle, Washington.

MAY 21, 20 09

BRUCE RIFKIN, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                  Plaintiff,

        v.

ALEKSANDR KRAVCHENKO, and
GALINA KRAVCHENKO.

                Defendants.

CR09. 0159MJP

)
)
)
)
)
)
)

INDICTMENT

09-CR-00159-INDI

THE GRAND JURY CHARGES THAT:

## COUNT 1

(Conspiracy to Commit Bank Fraud)

A.    Background.

At all times relevant to this Indictment, unless otherwise specified:

    1.    ALEKSANDR KRAVCHENKO and GALINA KRAVCHENKO resided and conducted business in the Western District of Washington.

    2.    ALEKSANDR KRAVCHENKO and GALINA KRAVCHENKO were never licensed by the State of Washington as residential mortgage lenders.

    3.    On or about March 12, 2005, GALINA KRAVCHENKO obtained a real estate salesperson license from the State of Washington and was affiliated with Skyline Properties, Inc., an independent real estate office based in Western Washington.

INDICTMENT/United States v. Aleksandr & Galina Kravchenko- 1

1        4.      ALEKSANDR KRAVCHENKO was never licensed by the State of Washington

2 as a real estate salesperson or real estate broker.

3        5.      ALEKSANDR KRAVCHENKO and GALINA KRAVCHENKO conducted

4 business in King and Pierce Counties under the business names Pallazzo Homes LLC and

5 Artisan Custom Homes LLC.

6        6.      Westsound Bank (also doing business as Westsound Bank and Mortgage) was a

7 financial institution as defined in Title 18, United States Code, Sections 20 and 1956(c)(6).

8        7.      ALEKSANDR KRAVCHENKO and GALINA KRAVCHENKO had personal

9 bank accounts at Westsound Bank, Bank of America, and US Bank.  In addition, ALEKSANDR

10 KRAVCHENKO and GALINA KRAVCHENKO had a business account in the name of Pallazzo

11 Homes LLC at US Bank and a business account in the name of Artisan Custom Homes LLC at

12 Bank of America.

13 B.     The Agreement.

14        8.      Beginning at a time unknown, but no later than in or about 2006, and continuing

15 through 2007, in the Western District of Washington and elsewhere, the defendants,

16 ALEKSANDR KRAVCHENKO and GALINA KRAVCHENKO, and others known and

17 unknown to the Grand Jury, did knowingly and wilfully combine, conspire, and agree to commit

18 Bank Fraud, in violation of Title 18, United States Code, Sections 1344 and 2.

19 C.     Purpose of the Conspiracy.

20        9.      The purpose of the conspiracy was to defraud financial institutions, namely

21 Westsound Bank, by, among other things: (a) locating residential real properties that were

22 available for purchase and recruiting otherwise unqualified buyers to participate in purchasing

23 and building on the properties; (b) submitting false and fraudulent construction loan applications

24 and related documents to Westsound Bank, thereby causing Westsound Bank to make loans; and

25 (c) diverting a portion of the fraudulently-obtained loan proceeds for their personal use and

26 benefit, and to further the fraud scheme.

27

28

INDICTMENT/United States v. Aleksandr & Galina Kravchenko- 2

10. During the period of the conspiracy, the defendants secured through otherwise unqualified purchasers fifty-five loans, representing at least $49,000,000 in loan proceeds, based on false and fraudulent representations. The defendants diverted at least $1,000,000 in these fraudulently-obtained loan proceeds for their personal benefit and use.

D. Manner and Means of the Conspiracy.

11. The defendants and their co-conspirators used the following means and acted in the following manner, among others, to effect the conspiracy:

a. It was part of the conspiracy that the defendants recruited individuals who were otherwise unqualified to obtain construction loans to buy and build houses on properties often selected and previously purchased by the defendants.

b. It was a further part of the conspiracy that GALINA KRAVCHENKO received a real estate commission for the purchasing or assigning of the properties.

c. It was a further part of the conspiracy that most of the buyers had no intention of permanently owning or occupying the houses.

d. It was further part of the conspiracy that the defendants would prepare, or cause others to prepare, a Uniform Residential Loan Application ("Loan Application") to facilitate the scheme to defraud. The Loan Application, commonly referred to as a mortgage loan application, or Form 1003, is a universally used mortgage loan application developed by federal government agencies and utilized by financial institutions and other lenders in the mortgage loan approval process. The Loan Application requires prospective borrowers to submit a complete and accurate financial history, including employment information, monthly income, assets and liabilities, details of the residential real estate transaction, and whether the property will be used as the borrower's primary residence. The Loan Application includes an "Acknowledgment and Agreement" clause, pursuant to which borrowers acknowledge that the information provided is true and correct. The defendants, and others acting on their behalf, caused the Loan Applications for the otherwise unqualified buyers to be prepared based upon fraudulent representations related to gross monthly income, assets and liabilities, and whether the property would be used as the primary residence.

INDICTMENT/United States v. Aleksandr & Galina Kravchenko- 3

1        e.      It was a further part of the conspiracy that the defendants, and others

2    known and unknown, submitted, or caused to be submitted, false and fraudulent Loan

3    Applications, together with false and fraudulent supporting documentation related to

4    employment, income, assets, and tax information to Westsound Bank to secure the construction

5    loans.

6        f.      It was a further part of the conspiracy that the defendants, and others

7    known and unknown, provided funds to the borrowers to inflate their bank accounts, in an effort

8    to secure the construction loans from Westsound Bank.

9        g.      It was a further part of the conspiracy that the defendants, and others

10   known and unknown, submitted, or caused to be submitted, false and fraudulent documentation

11   related to the construction of the homes, including false contractor contracts, false builder

12   questionnaires (focused on capacity to build the homes), false subcontractor bid documents, and

13   false cost breakdowns, to Westsound Bank to secure the construction loans.

14       h.      It was a further part of the conspiracy that the defendants, and others

15   known and unknown, represented and caused to be represented to Westsound Bank that the Loan

16   Applications and related documentation submitted on behalf of prospective borrowers reflected

17   complete and accurate information.  Westsound Bank extended financing on the basis of those

18   representations.

19       i.      It was a further part of the conspiracy that defendants diverted a portion of

20   the loan proceeds from escrow accounts for their personal benefit.

21       j.      It was a further part of the conspiracy that the defendants, and/or their

22   business entities, including Artisan Custom Homes and Pallazzo Homes, would receive, at the

23   time of closing, a "development fee" for their efforts in securing funding for the borrowers.  The

24   loan amount requested had to be inflated to account for the "development fee."

25       k.      It was a further part of the conspiracy that most of the borrowers did not

26   know about the "development fee" until the time of closing.

27       l.      It was a further part of the conspiracy that some borrowers were falsely

28   told that the "development fee" constituted a fee required by the bank in order to secure the loan.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

E.     OVERT ACTS

12.     In furtherance of the conspiracy, and to accomplish its purposes and objectives, the defendants committed and caused to be committed the following representative overt acts, among others, in the Western District of Washington, and elsewhere:

REPRESENTATIVE TRANSACTIONS

The following properties and associated transactions are representative examples of overt acts committed by the defendants, or others acting on their directions.

*1420 Browns Point Boulevard, Tacoma, Washington*

13.     On or about March 27, 2006, I.P. entered into a real estate Purchase and Sale Agreement to buy property located at 1420 Browns Point Boulevard, Tacoma, Washington, for $232,500.

14.     GALINA KRAVCHENKO was the real estate agent for I.P.

15.     An addendum to the Purchase and Sale Agreement, dated on or about May 10, 2006, provided that a "Development fee of $10,000.00 shall be payable to selling agent GALINA KRAVCHENKO from the buyers funds."

16.     In or about May 2006, ALEKSANDR KRAVCHENKO, and others acting under his direction, submitted or caused to be submitted a Loan Application in the name of I.P., to Westsound Bank for consideration of a construction loan in the amount of $650,000.  The Loan Application falsely stated that I.P.'s monthly earnings were $12,000.

17.     The representation was material and on May 10, 2006, Westsound Bank funded the loan.

18.     On or about May 11, 2006, at the time of closing, Stewart Title Company, the escrow company, issued an outgoing wire for $10,000, from the loan proceeds, to GALINA KRAVCHENKO for payment of a "development fee."  On or about May 11, 2006, the wire was deposited into the US Bank Account shared by ALEKSANDR KRAVCHENKO, GALINA KRAVCHENKO, and A.V.K.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

19.     On or about May 11, 2006, Skyline Properties, Inc. issued a check to GALINA KRAVCHENKO for $8,401.81, which represented her commission for the sale of the property at 1420 Browns Point Boulevard, Tacoma, Washington.

### *3459 140th Avenue NE, Bellevue, Washington*

20.     On or about April 24, 2006, S.C. entered into a real estate Purchase and Sale Agreement to buy a property located at 3459 140th Avenue NE, in Bellevue, Washington, for $750,000.

21.     GALINA KRAVCHENKO was the real estate agent for S.C.

22.     An addendum to the Purchase and Sale Agreement provided that a "Development fee of $10,000.00 shall be payable to selling agent Artisan Homes from the buyers funds." The addendum had originally listed GALINA KRAVCHENKO as the individual to whom the $10,000 would be paid. However, her name had been crossed out and replaced with Artisan Homes.

23.     On or about May 23, 2006, ALEKSANDR KRAVCHENKO, and others acting under his direction, submitted or caused to be submitted a loan application in the name of S.C. to Westsound Bank for consideration of a construction loan in the amount of $1,700,000. The Loan Application falsely stated that S.C.'s monthly earnings were $30,000.

24.     The representation was material and on or about May 24, 2006, Westsound Bank funded the loan.

25.     On or about May 25, 2006, at the time of closing, Stewart Title, the escrow company, wired $10,0000 from the loan proceeds, to GALINA KRAVCHENKO at the US Bank account she shared with ALEKSANDR KRAVCHENKO and with A.V.K. for payment of a "development fee."

26.     On or about May 25, 2007, Skyline Properties issued a check to GALINA KRAVCHENKO for $21,839.84, which represented GALINA KRAVCHENKO's commission from the sale of the property at 3459 140th Avenue NE, in Bellevue, Washington. On or about June 6, 2006, the check was deposited into ALEKSANDR and GALINA KRAVCHENKO's personal US Bank account.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1

*32811 145th Place SE, Auburn, Washington*

2       27.    On or about June 16, 2007, Artisan Custom Homes entered into a real estate

3  Purchase and Sale Agreement to buy the property located at 32811 145th Place SE, Auburn,

4  Washington, for $470,000.  GALINA KRAVCHENKO served as the real estate agent for Artisan

5  Custom Homes.

6       28.    On or about June 26, 2007, Addendum/Amendment to the Purchase and Sale

7  Agreement, Artisan Custom Homes assigned its position in purchasing the property to E.P.  All

8  other terms and conditions of the Agreement, including GALINA KRAVCHENKO's position as

9  agent, remained the same.

10      29.    On or about July 31, 2007, ALEKSANDR KRAVCHENKO, and others acting

11  under his direction, submitted or caused to be submitted a Loan Application in the name of E.P.,

12  to Westsound Bank for consideration of a construction loan in the amount of $1,195,000.  The

13  Loan Application included the following false statements:

14           a.    E.P.'s monthly earnings were $22,096;

15           b.    E.P. held assets of $200,000; and

16           c.    E.P. intended to use the property as his primary residence.

17      30.    Moreover, the loan file contained false documentation submitted in support of the

18  Loan Application, including:

19           a.    False 2005 and 2006 tax returns for E.P.

20      31.    Moreover, ALEKSANDR KRAVCHENKO provided funds to E.P. to inflate

21  E.P.'s bank account.  More specifically, on or about July 13, 2007, ALEKSANDR

22  KRAVCHENKO provided $69,500 in cash to a third party who provided it to E.P., who then

23  deposited the cash into E.P.'s Bank of America account.

24      32.    On or about July 20, 2007, as part of its loan approval process, Westsound Bank

25  requested a Verification of Deposit from Bank of America regarding E.P.'s account.  On or about

26  that same day, Bank of America sent to Westsound Bank, via facsimile, the Verification of

27  Deposit regarding E.P.'s account and listed E.P.'s current account balance as $69,093.78, with an

28  average balance for twelve months as $55,333.00.  The Verification also provided that E.P.'s

account had been opened in February 2006.

INDICTMENT/United States v. Aleksandr & Galina Kravchenko- 7

1    33.    On or about August 1 and 2, 2007, E.P. withdrew, in two separate withdrawals, a

2  total cash amount of $69,500.  I.P. gave the cash to a third party, who then provided it to

3  ALEKSANDR KRAVCHENKO.

4    34.    On or about September 5, 2007, $69,500 in cash was deposited into the Artisan

5  Custom Homes LLC, Bank of America account.

6    35.    The representations in the Loan Application and file were material and on or

7  about July 31, 2007, Westsound Bank funded the loan.

8    36.    On or about August 3, 2007, at the time of closing, First American Title Insurance

9  Company, the escrow company, issued a check for $10,000, from the loan proceeds, to Artisan

10  Custom Homes for payment of a "development fee."  On or about August 10, 2007, the check

11  was deposited into the Pallazzo Homes LLC, US Bank account.

12    37.    On or about August 6, 2007, Skyline Properties issued a check to Artisan Custom

13  Homes LLC for $29,311.00, which represented GALINA KRAVCHENKO's commission from

14  the purchase of the property at 32811 145th Place SE, Auburn, Washington.  On or about August

15  10, 2007, the check was deposited into Pallazzo Homes US Bank account.

16    *7608 Langlow Street SW, Lakewood, Washington*

17    38.    On or about May 16, 2007, S.B. entered into a real estate Purchase and Sale

18  Agreement to buy a residence located at 7608 Langlow Street SW, in Lakewood, Washington,

19  for $345,000.

20    39.    On or about August 2, 2007, ALEKSANDR KRAVCHENKO, and others acting

21  under his direction, submitted or caused to be submitted a Loan Application in the name of S.B.,

22  to Westsound Bank for consideration of a construction loan in the amount of $825,000.  The

23  Loan Application included the following false statements and supporting documentation:

24    a.    S.B.'s monthly earnings were $16,000; and

25    b.    S.B. owned $200,000 in personal property.

26

27

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

40.     Moreover, the loan file contained false documentation submitted in support of the Loan Application, including:

       a.     False 2005 & 2006 tax returns for S.B.;

       b.     False bid documents from Contractors Building Supply, Inc., Rusco Painting and More, LLC, and Superior Floors and Countertops; and

       c.     False Owner Builder Questionnaire.

41.     Moreover, ALEKSANDR KRAVCHENKO provided funds to S.B. to inflate S.B.'s bank account.  More specifically, on or about July 10, 2007, S.B. deposited into his US Bank personal bank account Westsound Bank Cashier's Check number 214209, in the amount of $30,000.  The Cashier's Check had been purchased by ALEKSANDR KRAVCHENKO.

42.     On or about July 27, 2007, as part of its loan approval process, Westsound Bank requested a Verification of Deposit from US Bank regarding S.B.'s account.  On or about that same day, US Bank sent to Westsound Bank, via facsimile, the Verification of Deposit regarding S.B.'s account and listed S.B.'s current account balance as $29,993.19, with an average balance for the previous two months as $4,863.43.

43.     On or about August 2, 2007, S.B. purchased from US Bank Cashier's Check number 503222676, made out to ALEKSANDR KRAVCHENKO in the amount of $30,000.

44.     The representations in the Loan Application and file were material and on or about August 6, 2007, Westsound Bank funded the loan.

45.     On or about August 6, 2007, at the time of closing, First American Title Insurance Company, the escrow company, issued a check for $10,000 from the loan proceeds, to Artisan Custom Homes for payment of a "development fee."  On or about August 10, 2007, the check was deposited into the Pallazzo Homes LLC, US Bank account.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1

<u>*11531 206th Place SE, Issaquah, Washington*</u>

2        46.    On or about July 16, 2007, A.H. entered into a real estate Purchase and Sale

3  Agreement to buy property located at 11531 206th Place SE, Issaquah, Washington, for $525,000.

4  GALINA KRAVCHENKO was the real estate agent for A.H.

5        47.    On or about July 16, 2007, ALEKSANDR KRAVCHENKO, and others acting

6  under his direction, submitted or caused to be submitted a Loan Application in the name of A.H.,

7  to Westsound Bank for consideration of a construction loan in the amount of $1,548,750.  The

8  Loan Application included the following false statements:

9                a.    A.H.'s monthly earnings were $21,939;

10             b.    A.H. owned personal property valued at $350,000;

11             c.    A.H.'s business' net worth was $200,000; and

12             d.    A.H. intended to use the property as his primary residence.

13        48.    Moreover, the loan file contained false documentation submitted in support of the

14  Loan Application, including, false 2005 & 2006 tax returns for A.H.

15        49.    Moreover, ALEKSANDR KRAVCHENKO provided and caused to be provided

16  funds to A.H. to inflate his bank account.  More specifically, on or about July 25, 2007, A.H.

17  deposited into his Bank of America personal account Bank of America Cashier's Check

18  #2120915574, in the amount of $40,000.  The Cashier's Check had been purchased by A.V.K.

19        50.    On or about July 25, 2007, as part of its loan approval process, Westsound Bank

20  requested a Verification of Deposit from Bank of America regarding A.H.'s account.  On or

21  about that same day, Bank of America sent to Westsound Bank, via facsimile, the Verification of

22  Deposit regarding A.H.'s account and listed A.H.'s current account balance as $33,069.40, with

23  an average balance for twelve months as $0.00.

24        51.    On or about August 10, 2007, A.H. purchased from Bank of America Cashier's

25  Check # 2120919975, made out to ALEKSANDR KRAVCHENKO in the amount of $37,000.

26        52.    The representations in the Loan Application and file were material and on or

27  about August 13, 2007, Westsound Bank funded the loan.

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

53.     On or about August 15, 2007, at the time of closing, Chicago Title issued a wire transfer for $15,000 from the loan proceeds to Artisan Custom Homes for payment of a "development fee." On or about August 15, 2007, the wire transfer was deposited into the Pallazzo Homes LLC, US Bank account.

54.     On or about August 14, 2007, Skyline Properties issued a check to Artisan Custom Homes LLC for $15,274.75, which represented GALINA KRAVCHENKO's commission from the purchase of the property at 11531 206th Place SE, Issaquah, Washington. On or about August 23, 2007, the check was deposited into the Pallazzo Homes LLC, US Bank account.

55.     Counts two through fifteen of this Indictment are hereby incorporated by reference herein and alleged as overt acts as if fully set forth herein.

All in violation of Title 18, United States Code, Section 1349.

<u>COUNTS 2-6</u>

(Bank Fraud)

56.     The factual allegations contained in paragraphs one through 54 are realleged and incorporated by reference as though fully set forth herein.

57.     On or about the dates listed below, in the Western District of Washington, ALEKSANDR KRAVCHENKO and GALINA KRAVCHENKO, did knowingly execute, and attempt to execute, the scheme and artifice to defraud as described in Count One to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of Westsound Bank, a financial institution as defined in Title 18, United States Code, Section 20, by causing the following transactions by means of false and fraudulent pretenses, representations, and promises:

| Count | Date | Transaction |
|-------|------|-------------|
| 2 | May 10, 2006 | Obtained construction loan proceeds in the amount of $650,000 for the purchase of and construction on property located at 1420 Browns Point Boulevard, Tacoma, Washington. |
| 3 | May 24, 2006 | Obtained construction loan proceeds in the amount of $1,700,000 for purchase of and construction on property located at 3459 140th Avenue NE, in Bellevue, Washington. |

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| 4 | July 31, 2007 | Obtained construction loan proceeds in the amount of $1,195,000 for the purchase of and construction on property located at 32811 145th Place SE, Auburn, Washington. |
| 5 | August 6, 2007 | Obtained construction loan proceeds in the amount of $825,000 for purchase of and construction on property located at 7608 Langlow Street SW, in Lakewood, Washington. |
| 6 | August 13, 2007 | Obtained construction loan proceeds in the amount of $1,548,750 for the purchase of and construction on property located at 11531 206th Place SE, Issaquah, Washington. |

All in violation of Title 18, United States Code, Section 1344.

INDICTMENT/<u>United States v. Aleksandr & Galina Kravchenko</u>- 12

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

COUNTS 7-15

(Money Laundering)

On or about the dates listed below, within the Western District of Washington, and elsewhere, ALEKSANDR KRAVCHENKO and GALINA KRAVCHENKO, knowing that the property involved in a financial transaction represented the proceeds of unlawful activity, and which in fact involved the proceeds of specified unlawful activity, namely, bank fraud, in violation of Title 18, United States Code, Section 1344, knowingly and intentionally did conduct, and aid and abet the conducting of, the financial transactions listed below, affecting interstate commerce and with the intent to promote the carrying on of the specified unlawful activity, by providing fraudulently-obtained funds to themselves for their own use and benefit.

| Count | Date | Description of Financial Transaction | Amount |
|-------|------|--------------------------------------|--------|
| 7 | May 11, 2006 | Wire transfer from Key Bank for Stewart Title into US Bank account number ending in 4440, held by ALEKSANDR KRAVCHENKO, GALINA KRAVCHENKO, and A.V.K., which constituted a payment of a development fee for property located at 1420 Browns Point Boulevard, Tacoma, Washington. | $10,000 |
| 8 | May 11, 2006 | Check number 70043, drawn on Commerce Bank of Washington account number ending in 3527, held by Skyline Properties, Inc., payable to GALINA KRAVCHENKO, which constituted a payment of commission for the property located at 1420 Browns Point Boulevard, Tacoma, Washington. | $8,401.81 |
| 9 | May 25, 2006 | Wire transfer from Key Bank for Stewart title into US Bank account number ending in 4440, held by ALEKSANDR KRAVCHENKO, GALINA KRAVCHENKO, and A.V.K., which constituted a payment of a development fee for property located at 3459 140th Avenue NE, in Bellevue, Washington. | $10,000 |
| 10 | May 25, 2006 | Check number 81802, drawn on Commerce Bank of Washington account number ending in 3527, held by Skyline Properties, Inc., payable to GALINA KRAVCHENKO, which constituted a payment of commission for the property located at 3459 140th Avenue NE, Bellevue, Washington. | $21,839.84 |

INDICTMENT/United States v. Aleksandr & Galina Kravchenko- 13

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| Count | Date | Description of Financial Transaction | Amount |
|-------|------|--------------------------------------|--------|
| 11 | August 3, 2007 | Check number 132196, drawn on Key Bank account number ending in 7315, held by First American Title Insurance Company, payable to Artisan Custom Homes, which constituted a payment of a development fee for property located at 32811 145th Place SE, Auburn, Washington. | $10,000 |
| 12 | August 6, 2007 | Check number 81936, drawn on Commerce Bank of Washington account number ending in 3527, held by Skyline Properties, Inc., payable to Artisan Custom Homes, LLC, which constituted a payment of commission for the property located at 32811 145th Place SE, Auburn, Washington. | $29,311 |
| 13 | August 6, 2007 | Check number 132258, drawn on Key Bank account number ending in 7315, held by First American Title Insurance Company, payable to Artisan Custom Homes, which constituted a payment of a development fee for property located at 7608 Langlow Street SW, in Lakewood, Washington. | $10,000 |
| 14 | August 15, 2007 | Wire transfer drawn on Seafirst account number ending in 4227, payable to Artisan Custom Homes, which constituted payment of a development fee for property located at 11531 206th Place SE, Issaquah, Washington. | $15,000 |
| 15 | August 14, 2007 | Check number 82089, drawn on Commerce Bank of Washington account number ending in 3527, held by Skyline Properties, Inc., payable to Artisan Custom Homes, LLC, which constituted a payment of commission for the property located at 11531 206th Place SE, Issaquah, Washington. | $15,274.75 |

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(I).

A TRUE BILL

DATED:   5/21/2009

Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States

_____

FOREPERSON

_____
JEFFREY C. SULLIVAN
United States Attorney

_____
CARL BLACKSTONE
Assistant United States Attorney

_____
TESSA M. GORMAN
Assistant United States Attorney

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970